# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2982 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 69 DB 2023 |
| v. | : | |
| | : | Attorney Registration No. 59447 |
| MAUREEN CALLAHAN REPETTO, | : | |
| Respondent | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2023, upon consideration of the Verified Statement of Resignation, Maureen Callahan Repetto is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).